UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ANTHONY REALE,
Derivatively on behalf of ITT Corporation

                Plaintiff,

vs.

STEVEN R. LORANGER, CURTIS J.
CRAWFORD, CHRISTINA A. GOLD, RALPH F.
HAKE, DR. JOHN J HAMRE, RAYMOND W. LEBOEUF,
FRANK T. MACINNIS, LINDA S. SANFORD, MARKOS
I. TAMBAKERAS, JOHN DOE DEFENDANT MANAGER
A, JOHN DOE DEFENDANT MANAGER B, JOHN DOE
DEFENDANT MANAGER C, JOHN DOE DEFENDANT
MANAGER D, and JOHN DOE DEFENDANT LAW FIRM

                Defendants,
   -and-

ITT COMPANY,

                Nominal Defendant.
------------------------------------------------------------------x

No.

07 CV 7358

RULE 7.1 STATEMENT

    Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Anthony Reale (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    None.

Dated August 17, 2007



PASKOWITZ & ASSOCIATES

By: _____
Laurence D. Paskowitz (LDP 7324)
Roy L. Jacobs (RLJ 0286)
60 East 42nd Street–46th Floor
New York, New York 10165
(212) 685-0969 (Tel.)
(212) 685-2306 (fax)