UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ANTHONY REALE,
Derivatively on behalf of ITT Corporation

                                  Plaintiff,                                                        **Civil Action 07-Civ-7358**

                                        vs.                                                                  **AFFIDAVIT OF SERVICE**
                                                                                           **ON ITT CORPORATION**

STEVEN R. LORANGER, CURTIS J.
CRAWFORD, CHRISTINA A. GOLD, RALPH F.
HAKE, DR. JOHN J HAMRE, RAYMOND W. LEBOEUF,
FRANK T. MACINNIS, LINDA S. SANFORD, MARKOS
I.TAMBAKERAS, JOHN DOE DEFENDANT MANAGER
A, JOHN DOE DEFENDANT MANAGER B, JOHN DOE
DEFENDANT MANAGER C, JOHN DOE DEFENDANT
MANAGER D, and JOHN DOE DEFENDANT LAW FIRM

                                  Defendants,
        -and-

ITT CORPORATION ,

                                  Nominal Defendant.
-----------------------------------------------------------------------x

       Ian Robert Brown, being duly sworn this 23th day of August, 2007, deposes and says:

       1.     Deponent is over the age of eighteen years, not a party to this action, and resides in the State of New York.

       2.     That on August 20, 2007, at 3:40 PM at 4 West Red Oak Lane, White Plains New York 10604 deponent served a true copy of the SUMMONS & COMPLAINT on on ITT CORPORATION, a defendant therein named, by delivering a true copy of each to KEVIN REGAN personally; deponent knew said corporation so served to be the individual described in said SUMMONS & COMPLAINT as said defendant and knew said individual to be GENERAL AGENT thereof.

       3.     Deponent further states that The describes the person actually served as follows:

            Sex: Male; Skin Color: White; Hair Color: black; Age (approx): 50;
            Height(approx): 6'2"; Weight (approx): 200; Glasses

                                                                   Ian Robert Brown

Sworn before me this 23th day of August 2007

_____
ROY L. JACOBS
Notary Public, State of New York
No. 02JA6045327
Qualified in Rockland County
Commission Expires July 31, 2009