## CERTIFICATE OF SERVICE

      I, Cary Savitz, hereby certify that I am over the age of 18 years, am employed by the law firm of Harwood Feffer LLP and that on June 24, 2008, the foregoing **PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO THE DIRECTOR DEFENDANTS' MOTION TO DISMISS THE VERIFIED CONSOLIDATED AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** was served in accordance with the Federal Rules of Civil Procedure, and/or the Court's Local Rules, by First Class Mail, postage prepaid, and/or the Rules on Electronic Service, upon the following counsel for Defendants:

      SIMPSON THACHER & BARTLETT LLP
      Paul C. Curnin, Esq.
      Mary Beth Forshaw, Esq.
      David Elbaum, Esq.
      425 Lexington Avenue
      New York, NY 10017

      */s/ Cary Savitz*
      Cary Savitz